UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
RECEIVED
2013 DEC -5 PM 3: 57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH,

    Plaintiff,

                                      Case No. 6:13-cv-1091-Orl-18GJK

-v-

RICHARD R. BAKER; BAKER LAW OFFICES, P.A.;
FISHER, RUSHMER, WERRENRATH, DICKSON,
TALLEY & DUNLAP, P.A; JOHN FISHER;
KIMBERLY LORENZ; RUSSELL DICKSON;
JONATHAN HOLLINGSHEAD; GARY RUSHMER;
RICHARD SMITH; JAMES TALLEY; FLORIDA
LAWYERS MUTUAL INSURANCE COMPANY;
RAMON ABADIN; DONALD BRADDOCK; PHILIP
DISQUE; AVA DOPPELT; RAYMOND FERRERO;
WILLIAM LOUCKS; SUSAN SELLS,

    Defendants.

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Plaintiff, Larry Rumbough, hereby responds to Court's Order to Show Cause, and states:

1. Plaintiff has obtained summonses from the Clerk for each of the Defendants in the case. Plaintiff is in the process of having the Defendants served with the Complaint.

WHEREFORE, Plaintiff requests that the Court grant Plaintiff brief additional time in order to complete service of the Defendants.

Dated: December 5, 2013

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859